UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

VS                                                          CASE NO.  3:00-CR-77-001/LAC

ZEDRA BOGNAR-HARTLEY

## FINANCIAL REFERRAL AND ORDER

Regarding refund of funds for: ___ Fine, _X_ Restitution, ___ Filing Fee, ___ Attorney Admission Fee, ___ Copy Fee, ___ Bond, ___ Other (Specify) _____

By:       Zedra Bognar-Hartley    (Payee)
Address:   18 S. Broadway
           Baltimore, MD 21231

Receipt Number   300-113202

Date of Receipt   5/30/06

Motion: N/A

Explanation: A review of the payment records for Ms. Hartley indicates an overpayment of $10.90. According to the court dockets and financial records, Ms. Hartley does not owe any additional money and should be reimbursed $10.90.

WILLIAM M. McCOOL, Clerk of Court

Prepared by:   _s/Philip Detweiler_
               Philip Detweiler, Financial Specialist            Date:  July 5, 2006

Referred by:   Mary Maloy, Deputy Clerk

## ORDER OF COURT

It is ORDERED this 5th day of July, 2006, that the Clerk refund the identified funds to the payee.

APPROVED      XX

DENIED _____                    _s/L.A. Collier_____
                                            LACEY A. COLLIER
                                            SENIOR UNITED STATES DISTRICT JUDGE

Adopted: 12/03/99